AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

JUN 17 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

an Iphone 11, a desktop computer, and Verizon tablet,
further described in Attachment A,
currently in the possession of Wichita Police Department

Case No. 22-m-6140-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ Kansas _____, there is now concealed *(identify the person or describe the property to be seized)*:

evidence of violations of 18 U.S.C §§ 2252A, as described in the Affidavit of Probable Cause, and as further identified in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

x evidence of a crime;

x contraband, fruits of crime, or other items illegally possessed;

x property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A | Transportation, Distribution, Receipt, Possession of Child Pornography |

The application is based on these facts:

See Attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

John V. Ferreira, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 17, 2022

_____
*Judge's signature*

City and state: Wichita, KS

The Honorable Kenneth G. Gale, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN
# APPLICATION FOR A SEARCH WARRANT

I, John V. Ferreira, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a Special Agent ("SA") of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2004 and am currently assigned to the Kansas Internet Crimes Against Children Task Force (ICAC). Previous to my employment with HSI, I was a state trooper/detective with the Arizona Department of Public Safety for nine (9) years. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2.     I submit this application and affidavit in support of a search warrant authorizing the search devices, further described in Attachment A, currently in the possession of the Kansas Internet Crimes Against Children Task Force (Wichita Police Department) located at 1211 S. Emporia, Wichita, Sedgwick County, Kansas. I seek authorization to examine the devices, and the contents thereon, to seize evidence, fruits, and instrumentalities of the foregoing criminal violations, which relate to violations of 18 U.S.C. §2252 and 2252A (involving the transportation, distribution, receipt, and possession of child pornography), as further described in Attachment B.

3. As will be shown below, there is probable cause to believe that the devices, described in Attachment A, have been involved in the transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252, and 2252A, and contains evidence related to the crimes under investigation. I submit this application and affidavit in support of a search warrant authorizing the search of the devices described in Attachment A. I seek authorization to examine the devices to seize evidence, fruits, and instrumentalities, relating to the aforementioned criminal violations, and as further described in Attachment B.

4. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(1) (transportation of child pornography), 2252A(a)(2) (distribution/receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography) may be found on the devices described in Attachment A.

## PROBABLE CAUSE

5. On May 20, 2022, the Kansas Internet Crimes Against Children Task Force (ICAC) began investigating Cyber Tip 123732128, forwarded from the National Center for Missing and Exploited Children (NCMEC) relating to a suspect posting child pornography on KIK, a mobile messaging social media application.

6.	KIK reported 341 files of child pornography had been uploaded to KIK and shared with KIK users from using the IP address 45.21.239.213. This IP address was used to upload files of child pornography on several dates through April 2022. Kik advised it had reviewed the contents of the uploaded files.

7.	KIK identified the account used for the upload of the reported files as User Name "trashmoon," with ESP User ID "trashmoon_ykl". KIK also reported the name used to create the account "trashmoon" was DM Me with an associated email ethanbray@gmail.com.

8.	Investigators viewed several files included with the Cyber Tip. A file titled "984a8564-df33-4608-b6b0-d48521e44c35.mp4", was a video of an adult male engaged in sexual intercourse with a prepubescent female who appears to be under the age of 10. The child had the words "fuck me" with an arrow pointing to her vagina written on her stomach. According to KIK's report, the file was uploaded to KIK by "trashmoon" and that this "File was sent from this user to another user via private chat message" on April 6, 2022, from IP address 45.21.239.213.

9.	A federal summons was obtained and issued to AT&T for the subscriber for IP address 45.21.239.213, which returned to show the subscriber as Tammy Gosa, 2807 S. Millwood, Wichita Kansas 67217. Further investigation revealed she resided at the house with her 22 year old son Ethan Bray.

10.	On May 24, 2022, Detective Mackey requested and obtained a search warrant for KIK account with User Name "trashmoon". On May 25, 2022, KIK provided the requested content. ICAC investigators reviewed the content provided by KIK, which included numerous

files of child pornography as well as a selfie-style image of a white male. The white male was later identified as Ethan Bray from comparison to his Kansas Driver's License photo:

 

KIK Image                                                                 KS DL Photo

11. On June 15, 2022, a search warrant was served at the residence located at 2807 S. Millwood, Wichita Kansas 67217. Ethan Bray was present.

12. In a subsequent Mirandized interview, Bray admitted to using KIK with the user name "trashmoon" to obtain and distribute files of child pornography using his iPhone. Bray told investigators he shared files of child pornography on several KIK groups to receive files of child pornography in return. He also stated some KIK groups required members to share files of child pornography to remain in the group.

Page **4** of **9**

13. Bray also admitted to using his desktop computer with a TOR browser to locate and download files of child pornography. Bray advised investigators they would find child pornography on the desktop computer.

14. From the residence, investigators seized several devices, including Bray's iPhone 11 (IMEI: 356551104722105; S/N: DNPZX8V8N72M), a desktop computer (identified as a NZXT tower/case, black with red trim, Model CA-H710i-BR; S/N: 01202407718622), and a Verizon tablet (Model QMV7A).

15. The above items are currently located at and in the possession of the Kansas Internet Crimes Against Children Task Force/Wichita Police Department, 1211 S. Emporia, Wichita, Sedgwick County, Kansas.

## CONCLUSION

16. Based on the foregoing facts, there is probable cause to believe the devices, associated with Ethan Bray and as further described in Attachment A, have been used to facilitate or commit the transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §2252A, and that evidence of those criminal offenses will be located on the device described in Attachment A. Further, I submit that such evidence, listed in Attachment B to this affidavit, constitutes contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

17. Therefore, I respectfully request that the attached warrant be issued authorizing the search of the device, listed in Attachment A, for the evidence listed in Attachment B.

Respectfully submitted,

_____
John V. Ferreira
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, telephonically, on __June 17__, 2022.

_____
THE HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

*Property to be searched*

An iPhone 11 (IMEI: 356551104722105; S/N: DNPZX8V8N72M), a desktop computer (identified as a NZXT tower/case, black with red trim, Model CA-H710i-BR; S/N: 01202407718622), and a Verizon tablet (Model QMV7A), all seized from 2807 S. Millwood, Wichita, Sedgwick County, Kansas and currently in the possession of the Kansas Internet Crimes Against Children Task Force/Wichita Police Department, 1211 S. Emporia, Wichita, Sedgwick County, Kansas.

## ATTACHMENT B

*List of Items to be Searched for and Seized*

All information that constitutes fruits, evidence and instrumentalities of violations of the criminal violations of 18 U.S.C. §2252A, as described in the Affidavit, including information pertaining to the following matters:

1. Evidence of the identity of the person(s) who created or used the Kik and Gmail accounts described in the attached affidavit, and user attribution relating to any other accounts or applications used to facilitate the above described crimes, including records (such as photo content, metadata in photos, communications, IP logs, etc.) that help reveal the whereabouts of such person(s) at the time of such creation and use.

2. Evidence relating to the distribution, receipt, possession or access of child sexual exploitation matter, including child pornography, child erotica, messaging about child pornography or child sexual exploitation, and browser history related to child pornography or child sexual exploitation.

3. Evidence which may be used to identify co-conspirators to the transportation, distribution, receipt, and possession of child pornography, including but not limited to communications, contact lists, shared links, IP logs, and photos/videos.

4. Any and all visual depictions of minors, and any information that may identify those minors.

5. Evidence showing who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, connection logs, configuration files, saved usernames and passwords, documents,

browsing history, user profiles, email, email contacts, "chat," instant messaging logs, social media profiles, photographs, and correspondence.

6. Evidence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software or evidence of the lack of such malicious software.

7. Evidence indicating how and when the device was accessed or used to determine the chronological context of devices access, use, and events relating to the crime(s) under investigation and to the user.

8. Evidence indicating the device user's knowledge and/or intent as it relates to the crime(s) under investigation, and specifically

9. Passwords and encryption keys that may be necessary to access the device or its storage.

10. Records of or information about the device's Internet activity, including browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses, which may relate to the identified crimes.

11. Contextual information necessary to understand the evidence described in this attachment.